UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS, | No. 2:15-cv-0720 KJN P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). On April 22, 2015, plaintiff filed a motion for law library access and copy services. In his motion, plaintiff alleges that court orders are necessary before he can use the law library or make photocopies and he therefore requests that the court issue an order granting him a set amount of time to access the law library or copy services for the duration of this action.

Plaintiff does not allege that he is under a present obligation to submit documents within a time certain and thus has not demonstrated that his right of access to the courts is being impaired. At present, no deadlines are pending in this action. The court will not set a deadline merely for the purpose of insuring the plaintiff additional library time.

////

////

1

1     Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 9) is denied.

2 Dated: July 6, 2015

/give0720.80

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE