UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS, | No. 2:15-cv-0720-JAM-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

On December 14, 2016, plaintiff, who is incarcerated and proceeds without counsel, filed a request for issuance of subpoenas to various non-parties. (ECF No. 32.)

Generally, a party may not seek discovery from any source before the parties have conferred as required by Federal Rule of Civil Procedure 26(f). See Fed. R. Civ. P. 26(d)(1). Because defendants have not yet appeared in the action and no Rule 26(f) conference has taken place, plaintiff's request is premature. In any event, the court finds it appropriate to stay any discovery until the initial status (pretrial scheduling) conference in this matter. At the status conference, the court and the parties will discuss, *inter alia*, the scope and methods of discovery contemplated, along with appropriate restrictions and deadlines, with a detailed scheduling order to be issued after that initial conference.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for the issuance of subpoenas (ECF No. 32) is DENIED WITHOUT

1

PREJUDICE as premature.

2. Any discovery is stayed until the initial status (pretrial scheduling) conference.

IT IS SO ORDERED.

Dated:  December 15, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE