1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   FRANCOIS P. GIVENS,                    No.  2:15-cv-0720-JAM-KJN PS

12                 Plaintiff,

13         v.                               ORDER

14   COUNTY OF SACRAMENTO, et al.,

15                 Defendants.

16

17        An initial status (pretrial scheduling) conference in this case is presently scheduled for

18   March 16, 2017, at 10:00 a.m., in Courtroom No. 25 before Judge Newman.  (ECF No. 26.)

19   Plaintiff, who is presently incarcerated, has filed a request for appearance by videoconference at

20   the status conference.  (ECF No. 34.)  Accordingly, IT IS HEREBY ORDERED that:

21        1.  No later than March 9, 2017, the parties shall meet and confer, and file a joint status

22            report addressing the topics outlined in the court's November 7, 2016 order setting

23            status conference.  (See ECF No. 26 at 2-3.)

24        2.  No later than March 9, 2017, defendants shall designate whether or not they consent to

25            proceed before a United States Magistrate Judge for all purposes pursuant to 28 U.S.C.

26            § 636(c).  Defendants are under no obligation to so consent, but the designation assists

27

28

                                        1

the court in determining how the case should be scheduled.[1]

3.  Plaintiff's request to appear by videoconference at the status conference (ECF No. 34) is GRANTED, and the Clerk of Court is directed to issue a writ to effectuate that appearance.

IT IS SO ORDERED.

Dated:  February 22, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff has already filed a consent to proceed before a United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c).   (ECF No. 7.)