# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCOIS P. GIVENS,

     Plaintiff,             No.  2:15-cv-720 JAM KJN PS

  vs.

COUNTY OF SACRAMENTO, et al.,

     Defendants.       **ORDER & WRIT OF HABEAS CORPUS**
              /     **AD TESTIFICANDUM**

     Francisco P. Givens, inmate AX-1773, a necessary and material witness in proceedings in this case on March 16, 2017, is confined in Deuel Vocational Institution in Tracy, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Judge Kendall J. Newman, to appear by video-conferencing at Deuel Vocational Institution, March 16, 2017, at 10:00 a.m..

     ACCORDINGLY, IT IS ORDERED that:

     1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

     2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden, Deuel Vocational Institution, PO Box 400, Tracy, California, 95378-0004:**

     **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

     **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  February 22, 2017

                          _____

                          KENDALL J. NEWMAN
                          UNITED STATES MAGISTRATE JUDGE

give0720.841.vc