UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>　　　　　　Defendants. | No. 2:15-cv-720-KJN PS<br><br><br><br>ORDER |

On July 13, 2017, plaintiff filed a motion for an extension of time to respond to defendants' first set of discovery requests, including requests for admission. (ECF No. 66.) Plaintiff received the discovery requests on July 5, 2017, but claims that he has been unable to access some of his legal materials due to a prison lockdown. He requests a 30-day extension to respond to the discovery requests. In light of the circumstances as represented by plaintiff, and given that the discovery completion deadline is many months away, the court grants the requested extension pursuant to Federal Rule of Civil Procedure 36(a)(3).

In his motion, plaintiff also renews his request for the court to compel certain discovery from defendants. However, nothing in plaintiff's motion suggests that meet-and-confer efforts with respect to that discovery have been properly initiated and exhausted, as previously ordered by the court. Therefore, the court denies that request without prejudice.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension to respond to defendants' first set of written discovery requests (ECF No. 66) is GRANTED.  Responses are due September 5, 2017.

2. Plaintiff's request to compel discovery from defendants is DENIED WITHOUT PREJUDICE.

Dated: July 14, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE