UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS, | No. 2:15-cv-0720-JAM-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

 Plaintiff's request for clarification (ECF No. 93) is GRANTED.

 The records of the court's financial department indicate that it last received a payment of $60.20 for PLRA fees from plaintiff on April 3, 2018, and that all of plaintiff's PLRA fees for this case have been paid in full. Therefore, no further PLRA fees are due for this case.

 The Clerk of Court shall serve a copy of this order on the Accounting and Trust Department at California State Prison Solano.

 IT IS SO ORDERED.

Dated: June 4, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1